# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Meadowcraft, Inc.,<br>                        Debtor. | Bk. No. 09-10988 |
| Meadowcraft, Inc., Debtor in Possession,<br>                        Plaintiff,<br>vs.<br>Sunbury Textile Mills, Inc.,<br>                        Defendant. | Chapter 11<br><br>Adv No. 10-51351<br><br>**NO HEARING REQUIRED** |

### NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff herein dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1). Defendant has defenses to the claims under 11 U.S.C. §547 (c). An answer has not been filed. This adversary proceeding is hereby closed.

Dated: July 20, 2010

                                    By      /s/ *Howard A. Cohen*
                                               Howard A. Cohen, Esq.  DE 4082
                                               David P. Primack, Esq.  DE 4449
                                             DRINKER BIDDLE & REATH LLP
                                             1100 N. Market Street, Suite 1000
                                             Wilmington, DE  19801
                                             **Telephone:** (302) 467-4200  **Fax:** (302) 467.4201
                                             **E-Mail:**  howard.cohen@dbr.com
                                             **E-Mail:**  david.primack@dbr.com

                                                            and

Special Counsel
(Please Contact Special Counsel)     Joseph L. Steinfeld, Jr., DC SBN 297101,
                                             MN SBN 0266292, VA SBN 18666
                                             Alex Govze, MN SBN 0388626
                                             A·S·K FINANCIAL LLP
                                             2600 Eagan Woods Drive, Suite 400
                                             St. Paul, MN  55121
                                             **Telephone:** (651) 406-9665 ext. 842  **Fax:** (651) 406-9676
                                             **E-Mail:** agovze@askfinancial.com

                                             Attorneys For Plaintiff, Meadowcraft, Inc.